UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GURDEEP BOPARAI, | CASE NO. 2:24-cv-02045-JNW |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE KROGER COMPANY et al., | |
| Defendants. | |

Upon review of the record in this matter, including Plaintiff Gurdeep Boparai's amended complaint, Dkt. No. 6, the Court finds that Boparai has shown cause as to why his case should not be dismissed. *See* Dkt. No. 5. Accordingly, the Court will issue an initial scheduling order and Boparai must proceed to serve Defendants under the Federal Rules of Civil Procedure.

Dated this 19th day of February, 2025.

Jamal N. Whitehead
United States District Judge

**MINUTE** ORDER - 1