The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GURDEEP BOPARAI,<br><br>            Plaintiff,<br><br>    v.<br><br>FRED MEYER COMPANY, et al.<br><br>            Defendants. | Case No. 2:24-cv-02045<br><br>ORDER GRANTING DEFENDANTS' SECOND <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND TO STAY DISCOVERY PENDING DECISION ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT |

       This matter having come before the Court on Defendants Fred Meyer Stores, Inc., Holly Boyles, and Linda Guddat's (collectively "Defendants") Second Unopposed Motion for Extension of Time to File Responsive Pleading and to Stay Discovery Pending Decision on Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint ("Motion"), and the Court having considered Defendants' Motion, it is hereby ORDERED as follows:

       Based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Second Unopposed Motion for Extension of Time to File Responsive Pleading and to Stay Discovery Pending Decision on Defendant's Motion to Dismiss is hereby **GRANTED**. Defendants' deadline to answer, move, and/or otherwise plead to Plaintiff's Third Amended

ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND TO STAY DISCOVERY PENDING DECISION ON DEFENDANTS' MOTION TO DISMISS- 1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street
Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1  Complaint is November 6, 2025. All discovery deadlines are stayed pending the Court's ruling on
2  Defendants' anticipated Motion to Dismiss. The Parties shall confer pursuant to Rule 26(f) and file
3  a Joint Status Report within 30 days after the Court's decision on Defendants' forthcoming motion
4  to dismiss.

    IT IS SO ORDERED.

    DATED this 7th day of October, 2025.

                                                _____
                                                The Honorable Jamal N. Whitehead
                                                United States District Judge

*Presented by:*

 s/Christine E. Sargent
Megan J. Crowhurst, WSBA #50795
mcrowhurst@littler.com
Christine E. Sargent, WSBA #61088
csargent@littler.com
LITTLER MENDELSON
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax:    206.447.6965

Attorneys for Defendants Fred Meyer Stores,
Inc., Linda Guddat, and Holly Boyles

ORDER GRANTING DEFENDANTS' SECOND
UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE RESPONSIVE PLEADING AND
TO STAY DISCOVERY PENDING DECISION
ON DEFENDANTS' MOTION TO DISMISS- 2

LITTLER MENDELSON, P.C.
One Union Square
600 University Street
Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Oregon, over the age of eighteen years, and not a party to the within action. My business address is Wells Fargo Tower, 1300 SW 5th Ave. Suite 2050 Portland, OR 97201. I hereby certify that on October 7, 2025, I caused to be served the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND TO STAY DISCOVERY PENDING DECISION ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** via the method(s) indicated below:

| | |
|---|---|
| ☒ | **FILED** the foregoing document(s) with the U.S. District Court – Western District of Washington and I served a copy by: |
| ☒ | **EMAIL** to the email address(es) of the person(s) set forth below, *as a courtesy copy.* |
| ☐ | **EMAIL** to the email address(es) of the person(s) set forth below, *pursuant to the parties' agreement to electronic service.* |
| ☐ | **U.S. Mail** to the address(es) of the person(s) set forth below. |
| ☐ | **Hand Delivery** |

**Plaintiff Pro Se**

Gurdeep Boparai
31900 104th Ave SE Unit C202
Auburn, WA 98092
Dipps007@hotmail.com

I declare under the penalty of perjury under the laws of the State of Oregon that the above is true and correct. Executed on October 7, 2025, at Portland, Oregon.

/s/ Tanya Zharyuk
Tanya Zharyuk, Attorney Practice Coordinator
tzharyuk@littler.com
**LITTLER MENDELSON, P.C.**

ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND TO STAY DISCOVERY PENDING DECISION ON DEFENDANTS' MOTION TO DISMISS- 3

LITTLER MENDELSON, P.C.
One Union Square
600 University Street
Suite 3200
Seattle, Washington 98101.3122
206.623.3300